MICHAEL T. FOGARTY, ESQ. (65809)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants Zinaz, Inc.
and John G. Breeding

DANIEL STEINBERG, ESQ.
TRAINER – ROBERTSON
701 University Ave., Suite 200
Sacramento, CA  95825
Phone: 916.929.7000
Fax:    916.929.7111

Attorneys for Plaintiff Kobra Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBRA PROPERTIES, a California general partnership,<br><br>             Plaintiff,<br><br>    v.<br><br>ZINAZ, INC.; JOHN G. BREEDING; and DOES 1 - 50, inclusive,<br><br>             Defendants. | Case No. CIV S-04-2544 DFL GGH<br><br>**FURTHER STIPULATION TO CONTINUE DATES IN STATUS (PRE-TRIAL SCHEDULING) ORDER** |

On February 9, 2005, the Court issued a Status (Pre-Trial Scheduling) Order ("Status Order") in this action.  The parties, by and through their counsel of record, request that the Court continue all deadlines established in this Status Order as outlined below.  All parties agree to the proposed continuance.

       Expert disclosure:           September 9, 2005;

       Supplemental:               September 23, 2005;

       Discovery cutoff:            November 11, 2005;

       Dispositive motion filing:   December 21, 2005;

| | | |
|---|---|---|
| 1 | Dispositive motion hearing: | January 18, 2006 at 10:00 a.m.; |
| 2 | Joint pretrial statement due: | February 22, 2006; |
| 3 | Final pretrial conference: | March 1, 2006 at 4:00 p.m.; |
| 4 | Trial: | April 3, 2006 at 9:00 a.m. |

**IT IS SO STIPULATED.**

DATED:  August 10, 2005

                                                    McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/ Laura J. Fowler_____
                LAURA J. FOWLER

Attorneys for Defendant Zinaz, Inc. and John G. Breeding

DATED:  August 10, 2005

                                                    TRAINOR ROBERTSON
Attorneys at Law

By: _____/s/ Daniel Steinberg_____
              DANIEL STEINBERG

Attorneys for Plaintiff Kobra Properties

**IT IS SO ORDERED.**

DATED:  August 10, 2005         /s/ Frank C. Damrell Jr.
                                         For HON. DAVID F. LEVI
                                         U.S. DISTRICT COURT JUDGE

