TRAINOR ROBERTSON
GARY M. FUNAMURA (SBN 96490)
DANIEL M. STEINBERG (SBN 194948)
701 University Avenue, Suite 200
Sacramento, California 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
nam:3592057.349607.1

Attorneys for Plaintiff
KOBRA PROPERTIES, a California general
partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBRA PROPERTIES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ZINAZ, INC.; JOHN G. BREEDING; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 04-2544 DFL GGH<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br><br>Date of Filing:   October 25, 2004 |

The parties to this matter, Plaintiff KOBRA PROPERTIES, a California general partnership ("Plaintiff") represented by the law firm of Trainor Robertson and Defendants ZINAZ, INC. and JOHN G. BREEDING (collectively, "Defendants") represented by McDonough Holland & Allen, stipulate as follows:

1. Plaintiff and Defendants will dismiss all actions and cross-actions in their entirety against each other without prejudice.

IT IS SO STIPULATED.

Dated: August 31, 2005                         TRAINOR ROBERTSON


                                               By:   /s/ Daniel M. Steinberg
                                                     DANIEL M. STEINBERG

| | | |
|---|---|---|
| 1 | Dated: August 31, 2005 | McDONOUGH HOLLAND & ALLEN PC |

By:   /s/ Laura J. Fowler
LAURA J. FOWLER

IT IS SO ORDERED:

_____
DAVID F. LEVI
United States District Judge

9/2/2005

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111